UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHUONG DONG NGUYEN, | CASE NO. C26-0917-KKE |
| Petitioner(s), | ORDER GRANTING MOTION TO APPOINT COUNSEL |
| v. | |
| PAMELA BONDI, et al., | |
| Respondent(s). | |

The Federal Public Defender's Office, on behalf of Petitioner, has filed a petition for writ of habeas corpus (Dkt. No. 1) and a motion to appoint counsel (Dkt. No. 2).

Having reviewed the petition and motion to appoint counsel, the Court finds that, because of the complex issues involved in this case, the interests of justice require that counsel be appointed for Petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B). Further, as required by statute, Petitioner has represented that he is financially eligible for such appointment. *See* Dkt. No. 2. Accordingly, the Court will grant Petitioner's request for appointment of counsel. Dkt. No. 2.

The Court hereby ORDERS as follows:

(1) Petitioner's motion to appoint counsel is GRANTED (Dkt. No. 2);

(2) IT IS ORDERED that Assistant Federal Public Defender Vicki Lai is appointed to represent Petitioner.

ORDER GRANTING MOTION TO APPOINT COUNSEL - 1

Dated this 19th day of March, 2026.

Kymberly K. Evanson
United States District Judge