# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PHUONG DONG NGUYEN,

                Petitioner(s),

    v.

TODD BLANCHE, et al.,

                Respondent(s).

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER C26-0917-KKE

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court GRANTS Petitioner's habeas petition.  Dkt. No. 1.

1. Respondents are ORDERED to release Petitioner within **ONE DAY** of the date of this order in compliance with 8 U.S.C. § 1231 and not to re-detain him without compliance with 8 C.F.R. § 241.13(i) and 8 U.S.C. § 1231.

2. It is further ORDERED that if Respondents take steps to remove Petitioner to a third country, they must provide Petitioner with written notice of their intent to do so and a meaningful opportunity to respond in reopened removal proceedings before an immigration judge under 8 U.S.C. § 1231(b)(3).

3. Within **THREE DAYS** of the date of this order, Respondents must provide the Court with a declaration confirming that Petitioner has been released from custody.

Dated April 10, 2026.

Joshua C. Lewis
Clerk of Court

*/s/ Alejandro Pasaye Hernandez*
Deputy Clerk